IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | ) ) ) MDL NO. 21-MD-3017 (RGA) ) |
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC., <br><br>Plaintiffs, <br><br>v. <br><br>LUPIN LIMITED, et al. <br><br>Defendants. | ) ) ) ) ) ) ) ) ) C.A. No. 21-314 (RGA) (JLH) ) (Consolidated) ) ) ) ) |
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br>Plaintiffs, <br><br>v. <br><br>PRINSTON PHARMACEUTICAL, INC., <br><br>Defendant. | ) ) ) ) ) ) ) ) ) C.A. No. 24-336 (RGA) ) ) ) ) ) |

**JOINT STATUS REPORT**

These related actions were stayed pending a decision by the United States Court of Appeals for the Federal Circuit in *Bayer Pharma Aktiengesellschaft v. Mylan Pharmaceuticals Inc.*, No. 23-2434 (Fed. Cir.), on appeal from *Mylan Pharmaceuticals Inc. et al. v. Bayer Pharma AG*,

IPR2022-00517 (PTAB).[1] The Federal Circuit entered its decision September 23, 2025, affirming-in-part the decision of the PTAB. The mandate issued December 1, 2025.

A number of constituent cases have been dismissed. Three defendant groups remain (Teva, Apotex, and Prinston), and the parties are actively discussing the disposition of those actions. The parties respectfully request until January 16, 2025 to provide a further status report if the cases have not been dismissed.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Derek J. Fahnestock
Rodger D. Smith (#3778)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@morrisnichols.com
dfahnestock@morrisnichols.com
   *Attorneys for Plaintiffs Bayer Pharma AG, Bayer AG and Janssen Pharmaceuticals, Inc.*

HEYMAN ENERIO GATTUSO & HIRZEL, LLP

/s/ Dominick T. Gattuso
Dominick T. Gattuso (#3630)
222 Delaware Ave., Suite 900
Wilmington, DE 19801
Phone: (302) 472-7300
dgattuso@hegh.law
   *Attorney for Defendant Prinston Pharmaceutical, Inc.*

SHAW KELLER LLP

/s/ Nathan R. Hoeschen
John W. Shaw (#3362)
Karen E. Keller (#4489)
Nathan R. Hoeschen (#6232)
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

December 23, 2025

---

[1] IPR2022-00517 includes IPR2022-01513 and IPR2022-01515, which were joined with that proceeding.